| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| D Edward Hays<br>Marshack Hays LLP<br>870 Roosevelt Ave<br>Irvine, CA 92620<br><br>949–333–7777<br><br><br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA BARBARA**

| In re:<br><br>Mahmood Jafroodi<br><br><br><br>Debtor(s). | CASE NO.: 9:19–bk–11918–MB<br><br>CHAPTER: 7<br><br><br>ADVERSARY NUMBER: 9:22–ap–01063–MB |
|---|---|
| Jerry Namba<br><br><br>Plaintiff(s)<br>Versus<br><br>Mahmood Jafroodi<br><br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left–hand corner of this page. The deadline to file and serve a written response is **01/13/2023.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
    **Date:**                 **February 23, 2023**
    **Time:**                **02:30 PM**
    **Hearing Judge:**     **Martin R. Barash**
    **Location:**            **1415 State St., Crtrm 201, Santa Barbara, CA 93101**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                                          Page 1                                   **F 7004–1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

                                                **KATHLEEN J. CAMPBELL**
                                                **CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: December 14, 2022

                                      By: _____"s/" Susan Young_____

                                                 Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                      Page 2                     **F 7004–1.SUMMONS.ADV.PROC**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **(1) COMPLAINT FOR: (1) AVOIDANCE, RECOVERY, AND PRESERVATION OF UNPERFECTED DEED OF TRUST UNDER 11 U.S.C. §§ 544, 550, and 551; (2) AVOIDANCE, RECOVERY, AND PRESERVATION OF INTENTIONAL FRAUDULENT TRANSFER UNDER 11 U.S.C. §§ 548, 550, and 551; (3) AVOIDANCE, RECOVERY, AND PRESERVATION OF CONSTRUCTIVE FRAUDULENT TRANSFER UNDER 11 U.S.C. §§ 548, 550, and 551; (4) AVOIDANCE, RECOVERY, AND PRESERVATION OF INTENTIONAL FRAUDULENT TRANSFER UNDER 11 U.S.C. §§ 544, 550, and 551; CAL. CIV. CODE §§ 3439.04, and 3439.07; (5) AVOIDANCE, RECOVERY, AND PRESERVATION OF CONSTRUCTIVE FRAUDULENT TRANSFER UNDER 11 U.S.C. §§ 544, 550, and 551; CAL. CIV. CODE §§ 3439.04, 3439.05 and 3439.07; (6) AVOIDANCE, RECOVERY, AND PRESERVATION OF TRANSFER TO A SELFSETTLED TRUST UNDER 11 U.S.C. §§ 548, 550, and 551; AND (7) FOR DECLARATORY RELIEF AND TURNOVER OF PROPERTY OF THE ESTATE; (2) ADVERSARY PROCEEDING COVER SHEET; (3) STATUS CONFERENCE PROCEDURES FOR THE HON. MARTIN R. BARASH; (4) SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 15, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **December 15, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 15, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PURSUANT TO "JUDICIAL VARIANCE STATEMENT FOR THE HON. MARTIN R. BARASH REGARDING THE LOCAL BANKRUPTCY RULES, THE CENTRAL GUIDE AND FORMS" (2/9/22), LBR 5005-2 & THE CENTRAL GUIDE § 2.0 REGARDING JUDGE'S COPIES: EXCEPT FOR MOTIONS REQUESTING PERMISSION TO FILE A DOCUMENT UNDER SEAL, NO JUDGE'S COPIES ARE REQUIRED UNLESS SPECIFICALLY REQUESTED BY CHAMBERS.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 15, 2022 | Chanel Mendoza | */s/ Chanel Mendoza* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR PLAINTIFF JERRY NAMBA:** Sarah Rose Hasselberger shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com; cbastida@marshackhays.com; kfrederick@ecf.courtdrive.com
   - **ATTORNEY FOR PLAINTIFF JERRY NAMBA:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR CAROLINA RAMIREZ:** Ezra Kautz ekautz@crlaf.org, ezra-kautz-6645@ecf.pacerpro.com
   - **ATTORNEY FOR PLAINTIFF JERRY NAMBA:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **PLAINTIFF TRUSTEE JERRY NAMBA (TR):** Jerry Namba (TR) jnambaepiq@earthlink.net, jnambalaw@yahoo.com; jn01@trustesolutions.net; paknamba@gmail.com
   - **U.S. TRUSTEE:** United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**: Con't

**DEBTOR / DEFENDANT**
MAHMOOD JAFROODI
1186 CORTE TULAROSA
CAMARILLO, CA 93010-7449

**DEFENDANT**
MICHAEL L. KAYLOR, TRUSTEE
JAFROODI PRIVATE RETIREMENT TRUST PLAN
DATED APRIL 6TH, 2018
14 MONARCH BAY PLAZA, SUITE 492
MONARCH BEACH, CA 92629-3467

COURTESY COPY TO:
ATTORNEYS FOR DEBTOR MAHMOOD JAFROODI
DAVID SEROR
JESSICA L. BAGDANOV
RYAN F. COY
BG LAW LLP
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA 91367

4879-6164-9475, v. 1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE